# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CASE NO. |
| | : | |
| | : | |
| BRANDON CAVANAUGH, | : | VIOLATION: |
| | : | 40 U.S.C. § 5104(e)(2)(G) |
| Defendant. | : | (Parading, Demonstrating, or Picketing in |
| | : | a Capitol Building) |

# I N F O R M A T I O N

The United States Attorney charges that at all relevant times:

## COUNT ONE

On or about January 6, 2021, in the District of Columbia, **BRANDON CAVANAUGH** willfully and knowingly paraded, demonstrated, and picketed in any United States Capitol Building.

(**Parading, Demonstrating, or Picketing in a Capitol Building**, in violation of Title 40, United States Code, Section 5104(e)(2)(G))

                                                              Respectfully submitted,

                                                              MATTHEW M. GRAVES
                                                              United States Attorney
                                                              D.C. Bar No. 481052

By: _____
                                                              JOSEPH HUYNH
                                                              Attorney, detailed to the
                                                              United States Attorney's Office for the
                                                              District of Columbia
                                                              555 Fourth Street, N.W.
                                                              Washington, DC 20530