AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>v.<br>BRANDON CAVANAUGH<br>Defendant | )<br>)<br>)  Case No. 1:23-cr-00040-TNM<br>)<br>) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

_Brandon Cavanaugh_.

Date: 4-5-2023

_/s/ Nate_
Attorney's signature

Nathan Gjesdal CA State Bar 275750
Printed name and bar number
Seyb Law Group
2062 Business Center Dr. #230
Irvine CA 92612
Address

nate@seyblaw.com
E-mail address

714-944-5536
Telephone number

FAX number